# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 288 |
| | : | |
| REAPPOINTMENTS TO THE | : | APPELLATE COURT RULES DOCKET |
| APPELLATE COURT PROCEDURAL | : | |
| RULES COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2020, the Honorable Anne E. Lazarus, Philadelphia, the Honorable J. Andrew Crompton, Dauphin County, Ruxandra M. Laidacker, Esquire, Philadelphia, and Neil T. O'Donnell, Esquire, Luzerne County, are hereby reappointed as members of the Appellate Court Procedural Rules Committee for a term of three years, commencing July 1, 2020.